ELMER J. BOYCE, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued October 10, 1939; decided November 21, 1939.

*Charles E. Nichols* for appellant.

*Edward W. Barrett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.